IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

*FILED IN OPEN COURT
DEC 02
CHRISTOPHER EKMAN
CLERK*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Criminal No. 24-00114-TFM** |
| v. | * | |
| | * | |
| **GERALD BILL CASTILLE, et al.** | * | |

## NOTICE TO THE COURT

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, respectfully files this notice pursuant to the Court's Local Rules and briefly describes the differences between the Indictment and Superseding Indictment.

1. Count One remains the same other than the date of the conspiracy being extended through the return of the superseding indictment.

2. The names of co-defendants who have since entered guilty pleas to charges in the original indictment have been removed.

3. The remaining counts have been renumbered to reflect the removal of counts charging previously named co-defendants who have since entered guilty pleas to charges in the original indictment. No additional counts have been added.

4. Aliases have been added for defendants **JOHN DAVID CLARKE** and **CEDRIC DARNELL WILLIAMS.**

5. A sentencing allegation has been added as to defendant **NICHOLAS FERLANDO HAYNIE,** identifying a prior conviction for a serious drug felony.

6. All items identified in the Bill of Particulars [Doc. 182] have been added to the forfeiture notice of the superseding indictment.

Respectfully submitted on December 2, 2024.

1

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Justin D. Kopf*
Justin D. Kopf
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845